■ In the Matter of the Estate of SHIRLEY MAE TEACHOUT, Deceased. ALMA P. HUSSAIN, Appellant; GARY H. TEACHOUT, Respondent. [60 NYS3d 902]—Appeal from an order of the Surrogate's Court, Onondaga County (Ava S. Raphael, S.), entered January 11, 2016. The order, among other things, denied the petition in part.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate (2016 NY Slip Op 51892[U]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.